UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIMON CHIKHLADZE,<br><br>                              Plaintiff,<br><br>    -against-<br><br>GOVERNMENT OF KINGDOM OF DENMARK, et al.,<br><br>                              Defendants. | 24-CV-7741 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 24, 2025, the Court received Plaintiff's notice of voluntary dismissal, advising that he wishes to dismiss this action with prejudice, pursuant to Rule 41(a)(1)(A)(i). (ECF 16.) The Court grants Plaintiff's request to dismiss this action with prejudice. The complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).

The Court directs the Clerk of Court to terminate the motions docketed at ECF 12 and 14.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal.  *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   January 27, 2025
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge